IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SEAN CHRISTOPHER :
CLEMMONS, :
         Plaintiff, :   1:15-cv-2003
 :
    v. :   Hon. John E. Jones III
 :
UNITED STATES OF AMERICA, :
*et al.*, :
         Defendants. :

## ORDER

**March 20, 2017**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 90) to dismiss pursuant to Federal Rule of Civil Procedure 12(b) and motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 90) to dismiss is GRANTED with respect to Defendants Watts, Norwood, Hufford, Hudson, Brosious, Simonson, Ladd, and Fisher. The amended complaint is DISMISSED in its entirety with respect to these Defendants.

2. Defendants' motion (Doc 90) for summary judgment is GRANTED as to the United States and Defendants Mace-Leibson, Steffan and Lingenfelter. The Clerk of Court is directed to ENTER JUDGMENT in favor of these Defendants and against the Plaintiff.

3. Plaintiffs motion (Doc. 118) to respond to the statute of limitations argument is DENIED as moot.

4. The Clerk of Court is directed to CLOSE this case.

5. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge